## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA PAYNE,<br>　　　Plaintiff, | Civil No. 3:15-cv-1010 |
| v. | (Judge Mariani) |
| DUNCAN, *et al.*,<br>　　　Defendants. | |

## ORDER

**AND NOW**, this 16th day of July, 2015, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion for appointment of counsel, (Doc. 8), is **DENIED WITHOUT PREJUDICE**.

　　　　　　　　　　　　　　　　　　／s／ Robert D. Mariani
　　　　　　　　　　　　　　　　　　Robert D. Mariani
　　　　　　　　　　　　　　　　　　United States District Judge