## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSHUA PAYNE,                          :
          Plaintiff              :          Civil No. 3:15-cv-1010
                    :
    v.                             :          (Judge Mariani)
                    :
DUNCAN, *et al.*,                      :
          Defendants             :

## ORDER

**AND NOW,** this _____ day of January, 2016, in accordance with the

Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1.  Defendants' motion to dismiss, (Doc. 12), is **DENIED**.

2.  Defendants shall **FILE** an answer or appropriate pretrial motion on or before
    February 29, 2016.


Robert D. Mariani
United States District Judge