IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA PAYNE, | : | Civil No. 3:15-cv-1010 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| DUNCAN, et al., | : | |
| Defendants | : | |

### ORDER

**AND NOW**, this _9th_ day of February, 2017, upon consideration of Defendants' motion (Doc. 26) to dismiss or, in the alternative, for summary judgment, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion (Doc. 26) for summary judgment is **GRANTED**.

2. Judgment shall be **ENTERED** in favor of Defendants and against Plaintiff.

3. The Clerk of Court is directed to **CLOSE** this action.

4. Any appeal from this order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge